| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4623093 | DATE 12/10/2020 |
|---|---|---|---|---|

| NAME BROWN, JR., Rickey Martel | OFFICER Chelsea L. Harris | JUDGE Nancy G. Edmunds | DOCKET # 18-CR-20187-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 04/01/2019 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 13 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/19/2019 | | | | |
| EXPIRATION 08/18/2022 | | | | |

**ASST. U.S. ATTORNEY**
Sara D. Woodward

**DEFENSE ATTORNEY**
James R. Gerometta

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 3: 18 U.S.C. § 922(g), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 12 months and 1 day, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
2. You must submit to a psychological/psychiatric evaluation as directed by the probation officer.
3. You must participate in a cognitive-behavioral treatment program and/or a mental health treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office or private counseling agency.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4623093 | DATE 12/10/2020 |
|---|---|---|---|---|
| NAME BROWN, JR., Rickey Martel | OFFICER Chelsea L. Harris | JUDGE Nancy G. Edmunds | | DOCKET # 18-CR-20187-01 |

4.  The defendant shall participate in a program to obtain a General Educational Development certificate (GED) during the term of incarceration.  If the defendant does not obtain a GED while incarcerated, the defendant shall work towards obtaining a GED during the term of supervised release.

5.  You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.), if necessary.

Criminal Monetary Penalty:  Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|

**1**  **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On or about January 22, 2020, an officer on patrol from the Detroit (Michigan) Police Department initiated a traffic stop on BROWN and was subsequently given citations for various traffic offenses.  Additional information pertaining to the incident was not made available to the probation department.

BROWN was charged in 36th District Court, Detroit, Michigan, with Count 1: Drove While License Not Valid or Improper License (Docket Number 204602711); Count 2: Drive Unregistered or Untitled Vehicle (Docket Number 204602712); and Count 3: No Insurance Misdemeanor (Docket Number 204602713).  BROWN failed to appear in court on various occasions, however, was arraigned on a bench warrant on November 16, 2020.  This charge remains pending.

**2**  **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On or about April 23, 2020, officers from the Detroit (Michigan) Police Department were dispatched to a "domestic violence/person with a weapon" call. Upon arrival, officers spoke with BROWN's girlfriend, Ronica Fields, who is also the mother of his children.  Fields advised that she had woken up to loud music and observed BROWN in the kitchen removing food from the refrigerator. When asked what he was doing, a verbal argument ensued between BROWN and Fields, and she subsequently alleged she saw a black handgun on BROWN's waistband.  Fields maintained she asked BROWN about the weapon, and he replied, "I have two on me. I ain't disturbing you, bitch. Your kids won't be growing up with a mom."  Fields then called 9-1-1, at which time BROWN left the residence in his vehicle, and the officers arrived. While questioning Fields, BROWN returned to the residence, where he was detained, subsequently arrested, and taken into custody.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4623093 | DATE 12/10/2020 |
|---|---|---|---|---|
| NAME BROWN, JR., Rickey Martel | | OFFICER Chelsea L. Harris | JUDGE Nancy G. Edmunds | DOCKET # 18-CR-20187-01 |

BROWN was charged in 36th District Court, Detroit, Michigan, with Domestic Violence (Docket Number 2004472901). BROWN failed to appear in court on September 1, 2020, however, was arraigned on a bench warrant on November 16, 2020. This charge remains pending. It shall be noted, this writer notified the Court of this offense in a noncompliance report on May 18, 2020, and it was recommended and ordered that no action be taken at that time.

**3**      **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On or about May 24, 2020, an officer on patrol from the Detroit (Michigan) Police Department initiated a traffic stop on the offender, and BROWN was subsequently given citations for various misdemeanor offenses. Additional information pertaining to the incident was not made available to the probation department.

BROWN was charged in 36th District Court, Detroit, Michigan, with Count 1: Drive While License Suspended (Docket Number SP10867761); Count 2: Drive Unregistered or Untitled Vehicle (Docket Number SP10867762); and Count 3: State of Emergency - Disobeying Executive Order (Docket Number SP10867763). BROWN failed to appear in court on September 15, 2020, however, was arraigned on a bench warrant on November 16, 2020. These charges remain pending.

**4**      **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On or about November 15, 2020, officers from the Detroit (Michigan) Police Department responded to a domestic disturbance at 18079 Teppert Street. Upon arrival, officers spoke with Ronica Fields, who is the same woman that is indicated in Violation No. 2 of this report. Fields maintained that on this date, she was searching for her firearm, but could not locate it and provided verification of her Concealed Pistol License (CPL) to officers. BROWN then came downstairs and started screaming at Fields, went outside, retrieved her firearm from an unknown location, threw it at her, and then went upstairs. Fields followed BROWN upstairs and an argument ensued. Fields alleged that BROWN began throwing various items at her, including a table, which struck her in the right leg. She indicated the offender shoved her at the top of the stairs and she felt as though he was attempting to push her down the stairwell. Fields then called the police. BROWN was arrested without incident. It shall be noted that BROWN's two minor children were present during this incident and gave corroborating statements to the police.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4623093 | DATE 12/10/2020 |
|---|---|---|---|---|

| NAME BROWN, JR., Rickey Martel | OFFICER Chelsea L. Harris | JUDGE Nancy G. Edmunds | DOCKET # 18-CR-20187-01 |
|---|---|---|---|

BROWN was charged in Third Circuit Court, Detroit, Michigan, with Count 1: Assault with a Dangerous Weapon (Felonious Assault); and Count 2: Domestic Violence (Docket Number 20725639-01).  The offender has a warrant for these offenses, which remains outstanding.

5       **Violation of Standard Condition No. 4:** "YOU MUST ANSWER TRUTHFULLY THE QUESTIONS ASKED BY YOUR PROBATION OFFICER."

On November 25, 2020, this writer spoke with BROWN and inquired about his arrest that occurred on November 15, 2020.  BROWN maintained that he was "picked up on his old warrants" and was given new court dates for his outstanding charges. This writer then conducted a virtual home visit with BROWN via FaceTime on November 30, 2020.  The offender was inquiring on his set court dates with this writer, and this writer subsequently began to review the register of actions on 36th District Court's website.  While reviewing them, this writer noted the aforementioned charges in Violation No. 4.  When asked about this, BROWN maintained that he did not receive new charges and believed this was all "tied in with his domestic violence charge from the previous April."  BROWN failed to report the incident that occurred at his residence on November 15, 2020 and was untruthful in the events that led to his arrest. This writer again spoke with BROWN on December 1, 2020, and when confronted with the details of the police report that was obtained, BROWN initially stated he was "drunk and could not remember" and then maintained that "it was all a lie".

6       **Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

BROWN failed to report having police contact on four occasions.  The offender was arrested for Domestic Violence on April 23, 2020 and was released on or about April 25, 2020; this writer had to contact BROWN on May 5, 2020, to inquire about his arrest.  The offender was stopped by Detroit Police for various traffic/misdemeanor charges on or about May 24, 2020, and BROWN never reported this contact or citations he received to this writer. On July 25, 2020, BROWN was charged with two counts of Failed to Properly Secure Passenger/Child (civil infractions) in 36th District Court, Detroit, Michigan, which were disposed of on September 25, 2020, and the offender never reported the police contact to this writer.  Finally, subsequent to his arrest on November 15, 2020, BROWN never contacted this writer upon his release from jail; this writer had to contact the offender on November 24, 2020, and November 25, 2020, to inquire about his arrest and release from custody.

| PROB 12C<br>(Rev. 08/18) | VIOLATION REPORT PART 1:<br>PETITION FOR WARRANT | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>4623093 | DATE<br>12/10/2020 |
|---|---|---|---|---|

| NAME<br>BROWN, JR., Rickey Martel | OFFICER<br>Chelsea L. Harris | JUDGE<br>Nancy G. Edmunds | DOCKET #<br>18-CR-20187-01 |
|---|---|---|---|

7     **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AN NUNCHAKUS OR TASERS)."

As outlined in Violation No. 4 of this report, on or about November 15, 2020, BROWN was in possession of a firearm that belonged to and was registered to Ronica Fields, who had a valid CPL. The information was corroborated by Fields, as well as their two minor children, as indicated in the police report. Furthermore, BROWN never reported to this writer that a firearm was in his residence, nor that he had access to it.

| I declare under penalty of perjury that the foregoing is true and correct.<br>PROBATION OFFICER<br><br>s/Chelsea L. Harris/sh<br>(313) 234-5450 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Marc W. Calandra<br>(313) 234-5131 | PROBATION ROUTING<br><br>Data Entry |

**THE COURT ORDERS:**

[ X ]     The issuance of a warrant

[   ]     Other

                           s/ Nancy G. Edmunds
                           United States District Judge

                           12/11/2020
                           Date